NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
Nadia Ahmed
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
nadia.ahmed@usdoj.gov
Matthew D. Evans
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
601 D St. NW
Washington, District of Columbia 20004
Phone: (202) 305-0381
matthew.evans@usdoj.gov

*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-mj-714-DJA |
| Plaintiff, | **INFORMATION** |
| v. | 16 U.S.C. §§ 1538(a)(1)(G) and 1540(b)(1) |
| JACK ELY BUCHANAN, | 50 C.F.R. § 17.11(h) |
| Defendant. | (Class B Misdemeanor) |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 30, 2014, in the State and Federal District of Nevada,

**JACK ELY BUCHANAN,**

the defendant, did knowingly and unlawfully sell a threatened species of wildlife, to wit: a southern white rhinoceros (*Ceratotherium simum simum*), in interstate commerce; all in violation

of the Endangered Species Act of 1973, Title 16, United States Code, Sections 1538(a)(1)(G) and 1540(b)(1), and Title 50, Code of Federal Regulations, Section 17.11(h).

DATED: this 24th day of September, 2019

Respectfully submitted,
Nicholas A. Trutanich
United States Attorney
District of Nevada

NADIA J. AHMED
Assistant United States Attorney
MATTHEW D. EVANS
Trial Attorney